**E-FILED on**   6/18/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON ROLLAND DONFRAY, | No. C-07-01546 RMW |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSE |
| GCFS, INC., d/b/a/ GREATER CALIFORNIA FINANCIAL SERVICES, and JOHN RAYMOND GRAVES, | [Re Docket No. 8] |
| Defendant. | |

Plaintiff Don Rolland Donfray moves to strike defendant's seventh affirmative defense and for a more definite statement. Plaintiff's claims arise under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*. The affirmative defense at issue is a *bona fide* error defense based on 15 U.S.C. § 1692k. Plaintiff contends that the *bona fide* error defense must be pleaded with particularity under Federal Rule of Procedure 9, which provides, "In all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity." FED. R. CIV. P. 9(b). Plaintiff asks the court to strike the defense as pleaded, and to permit the defendant to replead it with more particularity.

The *bona fide* error defense permits the defendant to prove, if possible, that any actions that resulted in violation of the FDCPA stemmed from a non-intentional *bona fide* error. The court finds

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSE—No. C-07-01546 RMW
MAG

that defendants have pleaded the defense with sufficient detail to permit plaintiff to take discovery on the asserted defense, particularly in light of the further explanation by defendant in its case management statement and its opposition to this motion. No enhanced pleading is necessary. Accordingly, the court denies plaintiff's motion to strike.

DATED:     6/18/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Frederick William Schwinn     fred.schwinn@sjconsumerlaw.com

4  **Counsel for Defendants:**

5  Teresa M. La Voie            tlavoie@ecplslaw.com

6  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8

9

10  **Dated:**   6/18/07                              /s/ MAG
   **Chambers of Judge Whyte**