Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
DON ROLLAND DONFRAY

*E-FILED - 7/3/07*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>Plaintiff,<br><br>v.<br><br>GCFS, INC., D/B/A GREATER CALIFORNIA FINANCIAL SERVICES, a California corporation, and JOHN RAYMOND GRAVES, individually and in his official capacity,<br><br>Defendants. | Case No. C07-01546-RMW-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DON ROLLAND DONFRAY, and Defendants, GCFS, INC., D/B/A GREATER CALIFORNIA FINANCIAL SERVICES, and JOHN RAYMOND GRAVES, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DON ROLLAND DONFRAY, against Defendants, GCFS, INC., D/B/A GREATER CALIFORNIA FINANCIAL SERVICES, and JOHN RAYMOND GRAVES, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

1 | Dated: June 29, 2007

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
DON ROLLAND DONFRAY

4 | Dated: June 29, 2007

/s/ Theresa M. LaVoie
Theresa M. LaVoie, Esq.
Attorney for Defendants
GCFS, INC., D/B/A GREATER CALIFORNIA FINANCIAL SERVICES, and JOHN RAYMOND GRAVES

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 7/3/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court